O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. CARTER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>R.T.C. GROUNDS, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 14-03238 RZ<br><br>JUDGMENT |

This matter came before the Court on the Petition of JIMMIE L. CARTER for a writ of habeas corpus. In light of the Court's review of the Petition and supporting papers, and for the reasons set out in the Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 10, 2015

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE